Order issued December 18, 2012

005308



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01174-CV

**IZZY ASHKENAZY, Appellant**

V.

**LSREF2 CLOVER REO2, LLC, Appellee**

## ORDER

We **GRANT** appellant's December 13, 2012 motion for an extension of time to file a brief.

Appellant shall file a brief on or before January 17, 2013.

DOUGLAS S. LANG
JUSTICE